# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMINE TROVATO,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO.: 21-1263** |
| **TRANS UNION, LLC et al.** | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 17th day of May, 2021, upon consideration of representations made by counsel in the letter dated May 13, 2021, it is hereby **ORDERED** that all claims against Defendant TruMark Financial Credit Union only, in the above referenced matter are **DISMISSED** pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.